UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,

Plaintiff(s)

- v -

SIGNATURE BANK,

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:23-CV-993
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiffs STATISTICA CAPITAL LTD. and STATISTICA LTD.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Plaintiffs STATISTICA CAPITAL LTD. and STATISTICA LTD. are affiliates. There are no other affiliates, subsidiaries, or parents of either entity. No publicly-held corporation owns 10% or more of the stock of either STATISTICA CAPITAL LTD. or STATISTICA LTD.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

STATISTICA CAPITAL LTD. and STATISTICA LTD. are both British Virgin Islands limited companies and citizens of the British Virgin Islands.

2/6/23
Date

/s/ Jack Fitzgerald
Signature of Attorney

JF-3831
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022