AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-993

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Signature Bank

was received by me on *(date)* 2/7/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Marisol Murphy (Administrative Assistant), who is designated by law to accept service of process on behalf of *(name of organization)* Signature Bank on *(date)* 2/13/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 185.00 for travel and $ 0 for services, for a total of $ 185.00.

I declare under penalty of perjury that this information is true.

Date: 2/15/2023

*Server's signature*

Bobby Russell / Process Server
*Printed name and title*

2030308-DCA

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
*Server's address*

Additional information regarding attempted service, etc: