UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD.,
on behalf of themselves,
all others similarly situated, Plaintiff,
and the general public,
                    -against-

1:23 cv 00993 (ALC)

ORDER FOR ADMISSION
PRO HAC VICE

SIGNATURE BANK,                    Defendant.

The motion of _____Melanie R. Persinger_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

____California_____; and that his/her contact information is as follows

(please print):

Applicant's Name: ____Melanie R. Persinger_____

Firm Name: ____Fitzgerald Joseph LLP_____

Address: ____2341 Jefferson Street, Suite 200_____

City / State / Zip: ____San Diego, California, 92110_____

Telephone / Fax: ____P: (619) 215-1741_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

____Plaintiffs_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____              _____

                                      United States District / Magistrate Judge