UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public, Plaintiff,

-against-

SIGNATURE BANK, Defendant.

1:23 Civ. 00993 (ALC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Timothy G. Blood hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 28, 2023

Respectfully Submitted,

Timothy G. Blood

Applicant Signature: _____

Applicant's Name: Timothy G. Blood

Firm Name: Blood Hurst & O'Reardon, LLP

Address: 501 West Broadway, Suite 1490

City/State/Zip: San Diego, California, 92101

Telephone/Fax: P: (619) 338-1100

Email: tblood@bholaw.com