

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### TIMOTHY GORDON BLOOD

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that TIMOTHY GORDON BLOOD, #149343 was on the 5th day of December, 1990 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 15th day of February 2023.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
C. Wong, Senior Deputy Clerk