**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

STATISTICA CAPITAL LTD. and STATISTICA LTD.,
on behalf of themselves,
all others simlarly situated, Plaintiff,
and the general public,

-against-

1:23 Civ. 00993 (ALC)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

SIGNATURE BANK, Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, Thomas J. O'Reardon II hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   February 28, 2023

Respectfully Submitted,

Thomas J. O'Reardon II

Applicant Signature:

Applicant's Name: Thomas J. O'Reardon II

Firm Name: Blood Hurst & O'Reardon, LLP

Address: 501 West Broadway, Suite 1490

City/State/Zip: San Diego, California, 92101

Telephone/Fax: P: (619) 338-1100

Email: toreardon@bholaw.com