UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No.: 1:23-CV-993<br><br>**AFFIDAVIT OF THOMAS J. O'REARDON II IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and in support of the Motion to Appear *Pro Hac Vice* as counsel of record for Plaintiffs, STATISTICA CAPITAL LTD. and STATISTICA LTD., in Case No. 1:23-CV-993, I, Thomas J. O'Reardon II, hereby affirm:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: February 28, 2023

_____
Thomas J. O'Reardon II



HAROLD ABDUL MCINTYRE
COMM. #2372181
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
AUGUST 25, 2025