UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public, Plaintiff,

-against-

SIGNATURE BANK, Defendant.

1:23 cv 00993 ( ALC )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Thomas J. O'Reardon, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows

(please print):

Applicant's Name: Thomas J. O'Reardon
Firm Name: Blood Hurst & O'Reardon, LLP
Address: 501 West Broadway, Suite 1490
City / State / Zip: San Diego, California, 92101
Telephone / Fax: P: (619) 338-1100

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge