**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

STATISTICA CAPITAL LTD. and STATISTICA LTD.,
on behalf of themselves,
all others similarly situated,
and the general public,     Plaintiff,

-against-

SIGNATURE BANK,     Defendant.

1:23 Civ. 00993 (ALC)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __James M. Davis__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiffs__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 28, 2023

Respectfully Submitted,

James M. Davis

Applicant Signature: _(signature)_

Applicant's Name: James M. Davis

Firm Name: Blood Hurst & O'Reardon, LLP

Address: 501 West Broadway, Suite 1490

City/State/Zip: San Diego, California, 92101

Telephone/Fax: P: (619) 338-1100

Email: jdavis@bholaw.com