# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JAMES McCORKLE DAVIS, IV*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JAMES McCORKLE DAVIS, IV, #301636 was on the 6th day of December, 2014 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 15th day of February 2023.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
C. Wong, Senior Deputy Clerk