UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,

Plaintiff,

-against-

1:23 Civ. 00993 (ALC)

**MOTION FOR ADMISSION PRO HAC VICE**

SIGNATURE BANK, Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul K. Joseph hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 02/27/2023

Respectfully Submitted,

Paul K. Joseph

Applicant Signature: /s/ Paul K. Joseph

Applicant's Name: Paul K. Joseph

Firm Name: Fitzgerald Joseph LLP

Address: 2341 Jefferson Street, Suite 200

City/State/Zip: San Diego, California, 92110

Telephone/Fax: P: (619) 215-1741

Email: paul@fitzgeraldjoseph.com