

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PAUL K. JOSEPH

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that PAUL K. JOSEPH, # 287057, was on the 6th day of December, 2012, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 2nd day of March 2023.*

JORGE E. NAVARRETE
Clerk of the Supreme Court

By: _____
*Biying Jia, Assistant Deputy Clerk*