UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>  Plaintiffs,<br><br>  v.<br><br>SIGNATURE BANK,<br><br>  Defendant. | Case No.: 1:23-CV-00993-ALC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jessica S. Carey of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel in the above-captioned action for defendant SIGNATURE BANK.

Dated: March 6, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/* Jessica S. Carey
Jessica S. Carey
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3566
jcarey@paulweiss.com

*Counsel for Defendant Signature Bank*