**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,

      Plaintiffs,

           v.

SIGNATURE BANK,

      Defendant.

Case No.: 1:23-CV-00993-ALC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that H. Christopher Boehning of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel in the above-captioned action for defendant SIGNATURE BANK.

Dated: March 6, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/* H. Christopher Boehning
H. Christopher Boehning
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3061
cboehning@paulweiss.com

*Counsel for Defendant Signature Bank*