UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No.: 1:23-CV-00993-ALC<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Signature Bank, hereby certifies that Signature Bank is a publicly held corporation and has no parent corporation. Additionally, as of March 6, 2023, no publicly traded company owns 10% or more of its shares.

Dated: March 6, 2023

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/  Elizabeth M. Sacksteder*

Elizabeth M. Sacksteder
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3505
esacksteder@paulweiss.com

*Counsel for Defendant Signature Bank*