UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SIGNATURE BANK,<br><br>　　　　Defendant. | Case No.: 1:23-CV-993<br><br>**AFFIDAVIT OF TREVOR M. FLYNN IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and in support of the Motion to Appear *Pro Hac Vice* as counsel of record for Plaintiffs, STATISTICA CAPITAL LTD. and STATISTICA LTD., in Case No. 1:23-CV-993, I, Trevor M. Flynn, hereby affirm:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: 2/27/23

_____
Trevor M. Flynn

## CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of San Diego  )

Subscribed and sworn to (or affirmed) before me on this __27__ day of __February__, 20__23__, by __Trevor M. Flynn__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I. M. CRUZ
COMM. #2422884
Notary Public - California
San Diego County
My Comm. Expires Nov. 19, 2026

(Seal)

Signature _____

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

Affidavit of Trevor M. Flynn in Support of Motion to Appear Pro Hac Vice

containing __1__ pages, and dated __2/27/2023__.

### Additional Information

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____