UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD.,
on behalf of themselves,
all others similarly situated, Plaintiff,
and the general public,
-against-

1:23 cv  00993 （ALC ）

ORDER FOR ADMISSION
PRO HAC VICE

SIGNATURE BANK,                    Defendant.

The  motion of ____Trevor M. Flynn_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

__California_____; and that his/her contact information is as follows

(please print):

Applicant's Name: __Trevor M. Flynn_____

Firm Name: __Fitzgerald Joseph LLP_____

Address: __2341 Jefferson Street, Suite 200_____

City / State / Zip: __San Diego, California, 92110____

Telephone / Fax: __P: (619) 215-1741_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Plaintiffs_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____            _____

United States District / Magistrate Judge