UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public

Plaintiff(s)

- v -

SIGNATURE BANK

Defendant(s)

RULE 7.1 STATEMENT

1:23-CV-00993-ALC

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Signature Bank

(a private non-governmental party or intervenor) certifies the following:

## Part I

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Signature Bank is a publicly held corporation and has no parent corporation. Additionally, as of March 8, 2023, no publicly traded corporation owns 10% or more of its shares.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Signature Bank is a New York state-chartered banking corporation which has its principal place of business in New York, New York.

3/8/23
Date

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Elizabeth M. Sacksteder

Signature of Attorney
Elizabeth M. Sacksteder
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3505
esacksteder@paulweiss.com

ES3152

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).