USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public, Plaintiff,

-against-

SIGNATURE BANK, Defendant.

1:23 cv 00993 (ALC)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Caroline S. Emhardt__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows

(please print):

Applicant's Name: __Caroline S. Emhardt__

Firm Name: __Fitzgerald Joseph LLP__

Address: __2341 Jefferson Street, Suite 200__

City / State / Zip: __San Diego, California, 92110__

Telephone / Fax: __P: (619) 215-1741__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __March 13, 2023__

_/s/ Andrew L. Carter_

United States District / Magistrate Judge