```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/14/2023__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STATISTICA CAPITAL LTD ET AL.,**

                              Plaintiffs,

                  -against-

**SIGNATURE BANK,**

                              Defendant.

23-cv-00993-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendant's anticipated motion for sanctions. ECF Nos. 21, 22. Defendant's request for a pre-motion conference is hereby **GRANTED**. The Court will hold a telephonic pre-motion conference on **March 16, 2023 at 3:30 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:     **March 14, 2023**
            **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**