UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>-against-<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No. : 1:23-cv-00993-ALC |

## NOTICE OF APPERANCE

Please enter the appearance of the undersigned attorney, Rosemary Q. Barry, for substituted defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank.

Dated: March 15, 2023

                                            FEDERAL DEPOSIT INSURANCE CORPORATON AS RECEIVER FOR SIGNATURE BANK

                                            By its attorneys

                                            /s/ Rosemary Q. Barry
                                            Rosemary Q. Barry, Counsel
                                            Federal Deposit Insurance Corporation
                                            New York Legal Services Office
                                            350 Fifth Avenue, Suite 1200
                                            New York, New York 10118
                                            Telephone: (917) 320-2862
                                            Email: rbarry@fdic.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March 2023, the foregoing document was filed with the Clerk of the Court and served via ECF in accordance with the Federal Rules of Civil Procedure and the Southern District's Local Rules and Rules on electronic service.

/s/ Rosemary Q. Barry