USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/16/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STATISTICA CAPITAL LTD ET AL.,**

                              **Plaintiffs,**

                     **-against-**                                    **23-cv-00993-ALC**

**SIGNATURE BANK,**                                                   **ORDER**

                              **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed in today's Court Conference, the parties are **ORDERED** to file a joint status report on or by **March 22, 2023**. The parties will advise the Court on their position as to Plaintiffs' amended complaint, ECF No. 33, and Defendant's anticipated motion to stay these proceedings.

**SO ORDERED.**

**Dated:**   **March 16, 2023**
        **New York, New York**   _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**