UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No. 1:23-CV-00993<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL** |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Elizabeth M. Sacksteder and subject to the approval of the Court, Elizabeth M. Sacksteder hereby withdraws as counsel for Signature Bank, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. The Federal Deposit Insurance Corporation ("FDIC") will replace Paul, Weiss, Rifkind, Wharton & Garrison as counsel of record for Defendant in this proceeding.

Dated: New York, New York
       March 16, 2023

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                               GARRISON LLP

                                            By:  */s/ Elizabeth M. Sacksteder*
                                                    Elizabeth M. Sacksteder

                                            1285 Avenue of the Americas
                                            New York, New York 10019-6064
                                            Telephone: (212) 373-3505
                                            esacksteder@paulweiss.com

                                            *Counsel for Defendant Signature Bank*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No.: 1:23-CV-00993-ALC |

**DECLARATION OF ELIZABETH M. SACKSTEDER**

I, ELIZABETH M. SACKSTEDER, declare as follows:

1. I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Signature Bank in this action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because Signature Bank has been placed into receivership and the Federal Deposit Insurance Corporation ("FDIC") has been appointed as Receiver for Signature Bank.

2. Rosemary Q. Barry, Counsel in the New York Legal Services Office of the FDIC, has entered an appearance in this action as counsel for the FDIC as Receiver for Signature Bank.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2023
New York, New York

                                        By:    */s/ Elizabeth M. Sacksteder*
                                                        Elizabeth M. Sacksteder

**CERTIFICATE OF SERVICE**

I, Elizabeth M. Sacksteder, hereby certify that on March 16, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on March 16, 2023, caused a true and correct copy of the foregoing to be served by Federal Express upon the following:

> Seth William Stern
> Senior Vice President & General Counsel
> Signature Bridge Bank, N.A.
> 565 Fifth Avenue
> New York, NY 10017
> Telephone: (646) 822-1684
> Email: sstern@signatureny.com

> Rosemary Q. Barry
> Counsel
> Federal Deposit Insurance Corporation
> New York Legal Services Office
> 350 Fifth Avenue, Suite 1200
> New York, New York 10118
> Telephone: (917) 320-2862
> Email: rbarry@fdic.gov

Executed on March 16, 2023
New York, New York

                               By: */s/ Elizabeth M. Sacksteder*
                                     Elizabeth M. Sacksteder