UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No. 1:23-CV-00993-ALC<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL** |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica S. Carey and subject to the approval of the Court, Jessica S. Carey hereby withdraws as counsel for Signature Bank, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. The Federal Deposit Insurance Corporation ("FDIC") will replace Paul, Weiss, Rifkind, Wharton & Garrison as counsel of record for Defendant in this proceeding.

Dated: New York, New York
       March 16, 2023

                               PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

                               By: */s/ Jessica S. Carey*
　　　　　　　　　　　　　　　　　　　　　　　Jessica S. Carey

                               1285 Avenue of the Americas
                               New York, New York 10019-6064
                               Telephone: (212) 373-3566
                               jcarey@paulweiss.com

                               *Counsel for Defendant Signature Bank*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>            v.<br><br>SIGNATURE BANK,<br><br>    Defendant. | Case No.: 1:23-CV-00993-ALC |

**DECLARATION OF JESSICA S. CAREY**

I, JESSICA S. CAREY, declare as follows:

1. I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Defendant Signature Bank in this action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because Signature Bank has been placed into receivership and the Federal Deposit Insurance Corporation ("FDIC") has been appointed as Receiver for Signature Bank.

2. Rosemary Q. Barry, Counsel in the New York Legal Services Office of the FDIC, has entered an appearance in this action as counsel for the FDIC as Receiver for Signature Bank.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2023
New York, New York

                        By:    */s/ Jessica S. Carey*
                                          Jessica S. Carey

# **CERTIFICATE OF SERVICE**

I, Jessica S. Carey, hereby certify that on March 16, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on March 16, 2023, caused a true and correct copy of the foregoing to be served by Federal Express upon the following:

Seth William Stern
Senior Vice President & General Counsel
Signature Bridge Bank, N.A.
565 Fifth Avenue
New York, NY 10017
Telephone: (646) 822-1684
Email: sstern@signatureny.com

Rosemary Q. Barry
Counsel
Federal Deposit Insurance Corporation
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
Telephone: (917) 320-2862
Email: rbarry@fdic.gov

Executed on March 16, 2023
New York, New York

By:   */s/ Jessica S. Carey*
          Jessica S. Carey