USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/20/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,

  Plaintiffs,

    v.

SIGNATURE BANK,

  Defendant.

---

Case No. 1:23-CV-00993-ALC

**NOTICE AND ORDER FOR WITHDRAWAL**

## NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL

  PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica S. Carey and subject to the approval of the Court, Jessica S. Carey hereby withdraws as counsel for Signature Bank, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. The Federal Deposit Insurance Corporation ("FDIC") will replace Paul, Weiss, Rifkind, Wharton & Garrison as counsel of record for Defendant in this proceeding.

Dated: New York, New York
March 16, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Jessica S. Carey*
Jessica S. Carey

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3566
jcarey@paulweiss.com

*Counsel for Defendant Signature Bank*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2023