USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _3/20/2023_____

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

STATISTICA CAPITAL LTD. and STATISTICA
LTD., on behalf of themselves, all others similarly
situated, and the general public,

      Plaintiffs,

          v.

SIGNATURE BANK,

      Defendant.

Case No. 1:23-CV-00993

**NOTICE AND ORDER**
**FOR WITHDRAWAL**

---

**NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Elizabeth M.

Sacksteder and subject to the approval of the Court, Elizabeth M. Sacksteder hereby withdraws as

counsel for Signature Bank, and shall be removed from the Case Management/Electronic Case

Files (CM/ECF) notification list in the above-captioned matter. The Federal Deposit Insurance

Corporation ("FDIC") will replace Paul, Weiss, Rifkind, Wharton & Garrison as counsel of record

for Defendant in this proceeding.

2

Dated:  New York, New York
        March 16, 2023

                                    PAUL, WEISS, RIFKIND, WHARTON &
                                      GARRISON LLP

                                    By:  */s/ Elizabeth M. Sacksteder*
                                             Elizabeth M. Sacksteder

                                    1285 Avenue of the Americas
                                    New York, New York 10019-6064
                                    Telephone: (212) 373-3505
                                    esacksteder@paulweiss.com

                                    *Counsel for Defendant Signature Bank*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

  Dated: March 20, 2023