UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>-against-<br><br>SIGNATURE BANK,<br><br>Defendant. | Case No. : 1:23-cv-00993-ALC |

**MOTION BY THE FDIC AS RECEIVER OF SIGNATURE BANK**
**TO STAY ALL JUDICIAL PROCEEDINGS**

Pursuant to 12 U.S.C. § 1821(d), the Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver for Signature Bank ("FDIC-Receiver"), hereby moves for a stay of all judicial proceedings as to all parties (i) pending the completion by named Plaintiffs of the administrative claims process mandated by the Financial Institutions Reform, Recovery and Enforcement Act ("FIRREA"), as codified at 12 U.S.C. § 1821(d), or (ii) in the alternative, for ninety (90) days pursuant to the mandatory stay provision in 12 U.S.C. § 1821(d)(12)(B). In support hereof, the FDIC-Receiver submits the accompanying Memorandum of Law.

Dated: March 20, 2023

                      Respectfully submitted,

                      **FEDERAL DEPOSIT INSURANCE CORPORATON**
                      **AS RECEIVER FOR SIGNATURE BANK**

                      By its attorneys

                      /s/ Rosemary Q. Barry
                      Rosemary Q. Barry, Counsel
                      Federal Deposit Insurance Corporation
                      Legal Division

        New York Legal Services Office
        350 Fifth Avenue, Suite 1200
        New York, New York 10118
        Telephone: (917) 320-2862
        Email: rbarry@fdic.gov

        Sonya Levine, Counsel
        Federal Deposit Insurance Corporation
        Legal Division
        3501 Fairfax Drive
        Arlington, Virginia 22226
        Telephone: (703) 562-2783
        Email: slevine@fdic.gov

**Of Counsel:**
FEDERAL DEPOSIT INSURANCE CORPORATION
LEGAL DIVISION
Jeffrey E. Schmitt, Senior Counsel
3501 Fairfax Drive
Arlington, Virginia 22226
(972) 310-4937
jschmitt@fdic.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2023, the foregoing document was filed with the Clerk of the Court and served via ECF in accordance with the Federal Rules of Civil Procedure and the Southern District's Local Rules and Rules on electronic service.

/s/ Rosemary Q. Barry