MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>   Plaintiffs,<br><br>   v.<br><br>SIGNATURE BANK,<br><br>   Defendant. | Case No.: 1:23-cv-00993-ALC |

### JOINT STATUS REPORT

Pursuant to the Court's March 16, 2023 Order, Dkt. No. 33, Plaintiffs Statistica Capital Ltd. and Statistica Ltd. (together, "Statistica"), and the Federal Deposit Insurance Corporation, in its capacity as receiver for Signature Bank ("FDIC-Receiver"), hereby file this Joint Status Report to advise the Court on their position as to Statistica's amended complaint, Dkt. No. 32, and FDIC's Motion to Stay All Judicial Proceedings, Dkt. Nos. 40-41.

**1.  FDIC's Motion to Stay**

Statistica does not object to and will not oppose FDIC's Motion to Stay.

**2.  Statistica's Amended Complaint**

Exercising its right under Fed. R. Civ. P. 15(a)(1) to amend its pleading "once as a matter of course," on March 16, 2023, Statistica amended its Complaint to name certain Signature Bank officers as defendants. *See* Dkt. No. 32, First Am. Compl. Statistica states that this amendment is without waiver to make further amendments in the future if and as necessary and permitted under the Federal Rules of Civil Procedure.

FDIC-Receiver does not object to Statistica's filing of the First Amended Complaint. FDIC-Receiver states that its lack of objection to that filing is not an admission to, acknowledgement of and/or agreement with any of the allegations or claims asserted by Statistica, and FDIC-Receiver reserves all defenses and rights to respond to the First Amended Complaint by way of answer, motion or otherwise as it deems appropriate.

Dated: March 22, 2023                    Respectfully Submitted,

/s/ Jack Fitzgerald
**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**
TIMOTHY G. BLOOD
*tblood@bholaw.com*
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Counsel for Plaintiffs*

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SIGNATURE BANK**

/s/ Rosemary Q. Barry
Rosemary Q. Barry, Counsel
Federal Deposit Insurance Corporation
Legal Division
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
Phone: (917) 320-2862
Email:  *rbarry@fdic.gov*

Sonya Levine, Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive
Arlington, Virginia 22226
Phone: (703) 562-2783
Email: *slevine@fdic.gov*

**Of Counsel:**
FEDERAL DEPOSIT INSURANCE CORPORATION LEGAL DIVISION
Jeffrey E. Schmitt, Senior Counsel
3501 Fairfax Drive
Arlington, Virginia 22226
Phone: (703) 562-2783
Email: *jschmitt@fdic.gov*

The Court is in receipt of the FDIC-Receiver's unopposed Motion to Stay at ECF NO. 40. FDIC's motion is hereby **GRANTED**. This matter will be stayed pending the completion by Plaintiffs Statistica Capital and Statistica LTD of the administrative claims process mandated by the Financial Institutions Reform, Recovery and Enforcement Act, as codified at 12 U.S.C. § 1821(d). The parties are hereby **ORDERED** to file a joint status report on the status of this action on **June 26, 2023.** The Clerk of the Court is respectfully directed to terminate ECF No. 40.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 27, 2023