UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>   Plaintiffs,<br><br>   v.<br><br>FDIC as RECEIVER for SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI and ERIC HOWELL,<br><br>   Defendants. | Case No.:  1:23-cv-00993-ALC |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Rosemary Q. Barry, for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank.

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SIGNATURE BANK**

By its attorneys

/s/ Rosemary Q. Barry
Rosemary Q. Barry, Counsel
Federal Deposit Insurance Corporation
New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
Telephone: (917) 320-2862
Email: rbarry@fdic.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of July 2023, the foregoing document was filed with the Clerk of the Court and served via ECF in accordance with the Federal Rules of Civil Procedure and the Southern District's Local Rules and Rules on electronic service.

                                        /s/ Rosemary Q. Barry