UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves and all others similarly situated and the general public,

                                  Plaintiffs,

-against-

FDIC as RECEIVER for SIGNATURE BANK, *et. al.*,

                                  Defendants.

Case No. 23 Civ. 993 (ALC)

**AFFIDAVIT OF JUSTIN J. KONTUL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a partner with the law firm of Reed Smith LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony, censured, suspended, disbarred, denied admission or readmission by any court.

6. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank.

Dated: December 11, 2023  
Pittsburgh, PA

Respectfully submitted,

/s/ Justin J. Kontul  
Justin J. Kontul

COMMONWEALTH OF PENNSYLVANIA   )
                               )
COUNTY OF Allegheny            )

Sworn and signed before me, the undersigned officer, on this the 11th day of December, 2023.

IN WITNESS WHEREOF, I hereto set my hand and official seal.

/s/ Debbie E. Steinmeyer  
Notary Public

Commonwealth of Pennsylvania - Notary Seal  
Debbie E Steinmeyer, Notary Public  
Allegheny County  
My commission expires November 8, 2025  
Commission number 1160015  
Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Justin John Kontul, Esq.*

### DATE OF ADMISSION

*November 2, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  November 21, 2023

_____
Nicole Traini
Chief Clerk