UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves and all others similarly situated and the general public,<br><br>                                      Plaintiffs,<br><br>-against-<br><br>FDIC as RECEIVER for SIGNATURE BANK, *et. al.*,<br>                                      Defendants. | Case No. 23 Civ. 993 (ALC)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that upon the annexed declaration of Alex G. Mahfood in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned moves this Court pursuant to Local Rule 1.3(c) for an Order allowing the admission of Alex G. Mahfood, a lawyer with the law firm of Reed Smith LLP and a member in good standing of the bars of the Commonwealth of Pennsylvania, State of Illinois, and State of Wisconsin as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank. There are no pending disciplinary proceedings against Mr. Mahfood in any state or federal court.

Dated: December 11, 2023
       Pittsburgh, PA

**REED SMITH LLP**

By: */s/ Alex G. Mahfood*
Justin J. Kontul
Alex G. Mahfood
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3131
Fax: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

***Attorneys for Defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank***

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I served a true and accurate copy of the foregoing upon counsel of record via CM/ECF.

Dated: December 11, 2023
       Pittsburgh, PA

**REED SMITH LLP**

By: _/s/ Alex G. Mahfood_
Justin J. Kontul
Alex G. Mahfood
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3131
Fax: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

***Attorneys for Defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank***