UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves and all others similarly situated and the general public,

                          Plaintiffs,

-against-

FDIC as RECEIVER for SIGNATURE BANK, et. al.,

                          Defendants.

Case No. 23 Civ. 993 (ALC)

**AFFIDAVIT OF ALEX G. MAHFOOD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a lawyer with the law firm of Reed Smith LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of Illinois, and the State of Wisconsin.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony, censured, suspended, disbarred, denied admission or readmission by any court.

6. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank.

Dated: December 8, 2023
Pittsburgh, PA

Respectfully submitted,

_____
Alex G. Mahfood

COMMONWEALTH OF PENNSYLVANIA )
)
COUNTY OF Allegheny )

Sworn and signed before me, the undersigned officer, on this the 8th day of December, 2023.

IN WITNESS WHEREOF, I hereto set my hand and official seal.

_____
Amy L. Sloan
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Amy L. Sloan, Notary Public
Allegheny County
My commission expires September 9, 2024
Commission number 1153967
Member, Pennsylvania Association of Notaries



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Alex George Mahfood, Esq.*

**DATE OF ADMISSION**

*September 22, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  November 21, 2023

Nicole Traini
Chief Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Alex George Mahfood

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of November, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

ALEX GEORGE MAHFOOD

was admitted to practice as an attorney within this state on June 7, 2012 and is presently in good standing in this court.

Dated: November 22, 2023

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing