UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>-against-<br><br>FDIC as RECEIVER for SIGNATURE BANK, *et. al.*,<br><br>Defendants. | Case No. 23 Civ. 993 (ALC)<br><br>**ORDER GRANTING ADMISSION** *PRO HAC VICE* |

The motion of Alex G. Mahfood ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of Illinois, and the State of Wisconsin, and licensed to practice before all courts in the aforementioned jurisdictions, and that his contact information is as follows:

Alex G. Mahfood
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3131
Fax: (412) 288-3063
Email: amahfood@reedsmith.com

Applicant having requested admission p*ro hac vice* to appear for all purposes as counsel for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice p*ro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
      December ___, 2023

                                                _____
                                                          District Judge