USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves and all others similarly situated and the general public,

                        Plaintiffs,

-against-

FDIC as RECEIVER for SIGNATURE BANK, *et. al.*,

                        Defendants.

Case No. 23 Civ. 993 (ALC)

**ORDER GRANTING ADMISSION *PRO HAC VICE***

      The motion of Justin J. Kontul ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania, and licensed to practice before all courts in the aforementioned jurisdiction, and that his contact information is as follows:

      Justin J. Kontul
      Reed Smith LLP
      Reed Smith Centre
      225 Fifth Avenue
      Pittsburgh, PA 15222
      Tel: (412) 288-3131
      Fax: (412) 288-3063
      Email: jkontul@reedsmith.com

      Applicant having requested admission p*ro hac vice* to appear for all purposes as counsel for defendant Federal Deposit Insurance Corporation in its capacity as the Receiver for Signature Bank in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice p*ro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
       December 28, 2023

                                                                  District Judge