# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FDIC as RECEIVER for SIGNATURE BANK; JOSEPH DEPAOLO; SCOTT A. SHAY; STEPHEN WYREMSKI; and ERIC HOWELL,<br><br>Defendants. | Case No.: 23-cv-993-ALC<br><br>**SUMMONS RETURNED EXECUTED** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-993-ALC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephen Wyremski

was received by me on *(date)* 1/4/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Melanie "Doe" (Wife) Caucasian, female, 48, brown hair, brown eyes, 5'5", 152 lbs , a person of suitable age and discretion who resides there, on *(date)* 1/8/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/18/2024

*Server's signature*

Akaash Vaasudeua / Process Server
*Printed name and title*

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
*Server's address*

Additional information regarding attempted service, etc: