**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br>              vs.<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, AND ERIC HOWELL,<br><br>    Defendants. | Case No. 1:23-cv-00993-ALC<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is an attorney admitted to practice before this Court, appears as counsel of record for Defendant Stephen Wyremski, and respectfully requests that all papers and notices of all proceedings in the above-captioned action be sent to the undersigned at the address listed below.

Dated: January 31, 2024
       New York, New York

                                    CROWELL & MORING LLP

                                    By: /s/ Anand Sithian
                                        Anand Sithian
                                        Two Manhattan West
                                        375 Ninth Avenue
                                        New York, NY 10001
                                        Telephone: (212) 223-4000
                                        Facsimile: (212) 223-4134
                                        Email: asithian@crowell.com

                                    *Attorneys for Defendant Stephen Wyremski*