AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Statistica Capital Ltd., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-993 |
| Signature Bank, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Scott A. Shay

Date:  01/31/2024

/s/ Jonathan M. Sperling
*Attorney's signature*

Jonathan M. Sperling - JS-0548
*Printed name and bar number*

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405
*Address*

jsperling@cov.com
*E-mail address*

(212) 841-1153
*Telephone number*

(646) 441-9153
*FAX number*