UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>            vs.<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, AND ERIC HOWELL,<br><br>    Defendants. | Case No. 1:23-cv-00993-ALC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is an attorney admitted to practice before this Court, appears as counsel of record for Defendant Stephen Wyremski, and respectfully requests that all papers and notices of all proceedings in the above-captioned action be sent to the undersigned at the address listed below.

Dated: January 31, 2024
        New York, New York

**CROWELL & MORING LLP**

By: /s/ *Mara Lieber*
        Mara Lieber
        Two Manhattan West
        375 Ninth Avenue
        New York, NY 10001
        Telephone: (212) 223-4000
        Facsimile: (212) 223-4134
        Email: mlieber@crowell.com

*Attorneys for Defendant Stephen Wyremski*