AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Statistica Capital Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-993 |
| Signature Bank, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Scott A. Shay

Date:   01/31/2024

/s/ Giovanni J. Scarcella
*Attorney's signature*

Giovanni J. Scarcella - 6004808
*Printed name and bar number*

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405

*Address*

gscarcella@cov.com
*E-mail address*

(212) 841-1260
*Telephone number*

(646) 441-9260
*FAX number*