UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>　　Plaintiffs,<br><br>　　　　　v.<br><br>SIGNATURE BANK,<br><br>　　Defendant. | Case No.: 1:23-cv-00993-ALC |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE THAT, the firm name and email address for Plaintiffs' counsel, Jack Fitzgerald, has changed as follows:

　　**FITZGERALD MONROE FLYNN PC**
　　JACK FITZGERALD
　　*jfitzgerald@fmfpc.com*
　　2341 Jefferson Street, Suite 200
　　San Diego, California 92110
　　Phone: (619) 215-1471

Plaintiffs' counsel respectfully requests that the Court and parties update their contact information for counsel accordingly.

Dated: February 1, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jack Fitzgerald
　　　　　　　　　　　　　　　　　　　　**FITZGERALD MONROE FLYNN PC**
　　　　　　　　　　　　　　　　　　　　JACK FITZGERALD
　　　　　　　　　　　　　　　　　　　　*jfitzgerald@fmfpc.com*
　　　　　　　　　　　　　　　　　　　　2341 Jefferson Street, Suite 200
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92110
　　　　　　　　　　　　　　　　　　　　Phone: (619) 215-1741

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*