UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>                      Plaintiffs,<br><br>- against -<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL,<br><br>                      Defendants. | 1:23-cv-00993-ALC<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Eric Howell in the above-captioned action and respectfully requests that copies of all papers in this matter be served upon him at the address listed below.

Dated:    New York, New York
            February 1, 2024

                                                    FRIED, FRANK, HARRIS, SHRIVER
                                                                          &amp; JACOBSON LLP

                                                                          By:         /s/ Peter L. Simmons
                                                                                         Peter L. Simmons

                                                                         One New York Plaza
                                                                         New York, New York 10004-1980
                                                                         (212) 859-8000
                                                                         peter.simmons@friedfrank.com

                                                                         Attorneys for Defendant
                                                                           Eric Howell