UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,

                Plaintiffs,

- against -

SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL,

                Defendants.

1:23-cv-00993-ALC

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Eric Howell in the above-captioned action and respectfully requests that copies of all papers in this matter be served upon him at the address listed below.

Dated: New York, New York
         February 1, 2024

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:     /s/ Harrison D. Polans
        Harrison D. Polans

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
harrison.polans@friedfrank.com

Attorneys for Defendant
  Eric Howell