UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>       Plaintiffs,<br><br>     - against -<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL,<br><br>       Defendants. | 1:23-cv-00993-ALC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Eric Howell in the above-captioned action and respectfully requests that copies of all papers in this matter be served upon him at the address listed below.

Dated: New York, New York
    February 1, 2024

                   FRIED, FRANK, HARRIS, SHRIVER
                     & JACOBSON LLP

                   By:   /s/ Alexandra N. Getsos
                       Alexandra N. Getsos

                   One New York Plaza
                   New York, New York 10004-1980
                   (212) 859-8000
                   alexandra.getsos@friedfrank.com

                   Attorneys for Defendant
                     Eric Howell