**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>                Plaintiffs,<br><br>  -against-<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, AND ERIC HOWELL,<br><br>                Defendants. | 1:23-CV-00993-ALC |

**NOTICE OF MOTION FOR ADMISSION OF**
**MICHAEL S. DOLUISIO PRO HAC VICE**

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael S. Doluisio, a partner of the firm Dechert LLP, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Joseph DePaolo in the above-captioned action.

      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

|  |  |
|---|---|
| Dated: March 12, 2024 | <u>*/s/ Michael S. Doluisio*</u><br>Michael S. Doluisio<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.: (215) 994-4000<br>Fax: (215) 994-2222<br>michael.doluisio@dechert.com<br><br>*Counsel for Defendant Joseph DePaolo* |

2