UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and
STATISTICA LTD., on behalf of themselves,
all others similarly situated, and the general
public,

        Plaintiffs,

-against-

SIGNATURE BANK, JOSEPH DEPAOLO,
SCOTT A. SHAY, STEPHEN WYREMSKI,
AND ERIC HOWELL,

        Defendants.

1:23-CV-00993-ALC

## AFFIDAVIT OF MICHAEL S. DOLUISIO

Commonwealth of Pennsylvania    )
                                   ) ss.:
Philadelphia County              )

    Michael S. Doluisio, being duly sworn, deposes and says:

    1.    I am a partner of the law firm Dechert LLP, located at Cira Centre, 2929 Arch Street, Philadelphia, PA 19104. I respectfully submit this affidavit in support of the motion for my admission *pro hac vice* in the above-captioned matter to appear as counsel for Defendant Joseph DePaolo before this Court.

    2.    I am a member of (i) the Bar of the Commonwealth of Pennsylvania and have been a member in good standing since December 30, 1994, and (ii) the Bar of the State of New Jersey and have been a member in good standing since January 23, 1995. Certificates of good standing are annexed hereto as Exhibit A.

    3.    I am fully familiar with the facts and circumstances of this case.

4.  There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

Michael S. Doluisio
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
michael.doluisio@dechert.com

*Counsel for Defendant Joseph DePaolo*

Sworn to before me this
22 day of February 2024

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Patricia A. Kahney, Notary Public
Philadelphia County
My Commission Expires February 14, 2027
Commission Number 1345902