# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and
STATISTICA LTD., on behalf of themselves,
all others similarly situated, and the general
public,

                         Plaintiffs,

        -against-                                    **1:23-CV-00993-ALC**

SIGNATURE BANK, JOSEPH DEPAOLO,
SCOTT A. SHAY, STEPHEN WYREMSKI,
AND ERIC HOWELL,

                         Defendants.

### ORDER FOR ADMISSION OF
### MICHAEL S. DOLUISIO PRO HAC VICE

The motion of Michael S. Doluisio for admission to practice Pro Hac Vice in the above

captioned action is granted.  Applicant has declared that he is an active member in good standing

of the bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

> Michael S. Doluisio
> Dechert LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA 19104
> michael.dolusio@dechert.com
> Tel.: 215-994-4000
> Fax: 215-994-2222

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendant Joseph DePaolo in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024
New York, New York

_____
United States District Judge