UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, AND ERIC HOWELL,<br><br>　　　　　　　Defendants. | 1:23-CV-00993-ALC |

**NOTICE OF MOTION FOR ADMISSION OF
STUART T. STEINBERG PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stuart T. Steinberg, a partner of the firm Dechert LLP, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Joseph DePaolo in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

Dated: March 12, 2024            <u>*/s/ Stuart T. Steinberg*</u>
Stuart T. Steinberg
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
stuart.steinberg@dechert.com

*Counsel for Defendant Joseph DePaolo*