UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and
STATISTICA LTD., on behalf of themselves,
all others similarly situated, and the general
public,

                    Plaintiffs,

     -against-                            **1:23-CV-00993-ALC**

SIGNATURE BANK, JOSEPH DEPAOLO,
SCOTT A. SHAY, STEPHEN WYREMSKI,
AND ERIC HOWELL,

                    Defendants.

## **AFFIDAVIT OF STUART T. STEINBERG**

Commonwealth of Pennsylvania    )
                              ) ss.:
Philadelphia County              )

    Stuart T. Steinberg, being duly sworn, deposes and says:

    1.    I am a partner of the law firm Dechert LLP, located at Cira Centre, 2929 Arch Street, Philadelphia, PA 19104. I respectfully submit this affidavit in support of the motion for my admission *pro hac vice* in the above-captioned matter to appear as counsel for Defendant Joseph DePaolo before this Court.

    2.    I am a member of the Bar of the Commonwealth of Pennsylvania and have been a member in good standing since October 28, 1998. A certificate of good standing is annexed hereto as Exhibit A.

    3.    I am fully familiar with the facts and circumstances of this case.

    4.    There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

1

*Stuart Steinberg*

Stuart T. Steinberg
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
stuart.steinberg@dechert.com

*Counsel for Defendant Joseph DePaolo*

Sworn to before me this
1____ day of March 2024

*Nicolette Hall*
Notary Public

Nicolette Hall
Notary Public, State of New Jersey
My Commission Expires 01/17/2027

*Nicolette Hall*    50182507

COMPLETED VIA REMOTE ONLINE NOTARIZATION USING 2 WAY AUDIO/VIDEO TECHNOLOGY