# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Stuart Todd Steinberg, Esq.**

### DATE OF ADMISSION

**October 28, 1998**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 21, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk