UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATISTICA CAPITAL LTD. and
STATISTICA LTD., on behalf of themselves,
all others similarly situated, and the general
public,

                Plaintiffs,

  -against-

SIGNATURE BANK, JOSEPH DEPAOLO,
SCOTT A. SHAY, STEPHEN WYREMSKI,
AND ERIC HOWELL,

                Defendants.

1:23-CV-00993-ALC

**ORDER FOR ADMISSION OF**
**STUART T. STEINBERG PRO HAC VICE**

      The motion of Stuart T. Steinberg for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is an active member in good standing of the bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

      Stuart T. Steinberg
      Dechert LLP
      Cira Centre
      2929 Arch Street
      Philadelphia, PA 19104
      stuart.steinberg@dechert.com
      Tel.: 215-994-4000
      Fax: 215-994-2222

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Joseph DePaolo in the above entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024
New York, New York

_____
United States District Judge