# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>-against-<br><br>SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, AND ERIC HOWELL,<br><br>Defendants. | 1:23-CV-00993-ALC |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Bina M. Peltz of Dechert LLP hereby enters an appearance as counsel for Defendant Joseph DePaolo in the above-captioned action. Please take further notice that all notices, orders, pleadings, papers, or other documents filed, given, or requested to be given in this action, are to be served upon the undersigned at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: March 12, 2024                              Respectfully Submitted:

By: */s/ Bina M. Peltz*
   Bina M. Peltz
   DECHERT LLP
   Cira Centre
   2929 Arch Street
   Philadelphia, PA 19104-2808
   Telephone: (215) 994-2236
   Facsimile: (215) 994-2222
   bina.peltz@dechert.com

   *Counsel for Defendant Joseph DePaolo*