**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**Via ECF & Email**   April 26, 2024

The Honorable Andrew L. Carter Jr.
(ALCarterNYSDChambers@nysd.uscourts.gov)
Thurgood Marshall United States Courthouse
Room 435
40 Foley Square
New York, NY 10007

**Re: Statistica Capital Ltd., et al. v. Signature Bank, et al., No. 1:23-cv-00993 (S.D.N.Y.)**

Dear Judge Carter:

We represent defendant Scott A. Shay in the above-referenced matter and write on behalf of all defendants to respectfully request that the Court extend the deadline for the defendants to file a pre-motion letter or otherwise respond to the Second Amended Complaint. Plaintiffs consent to this request.

On January 31, 2024, the Court granted the parties' request to (i) extend the deadline for the plaintiffs to file their second amended complaint to February 29, 2024, and (ii) extend the deadline for the defendants to respond to April 29, 2024. *See* Dkt No. 66.

On April 18, 2024, all parties jointly requested that the Court stay this action until July 31, 2024, because ongoing developments in the FTX Bankruptcy Proceedings are likely to affect the plaintiffs' claims here and any potential motion practice. *See* Dkt No. 80.

That application remains pending before the Court. Defendants therefore request that the Court extend the deadline for their response to the Second Amended Complaint from April 29, 2024, to May 13, 2024. This would allow the Court more time to consider the parties' joint motion to stay this action, and avoid the need for the parties to submit potentially unnecessary pre-motion letters in the interim.

Respectfully submitted,

/s Jonathan M. Sperling

Jonathan M. Sperling

cc:   All counsel of record (via ECF only)