

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Direct Line: +1.212.859.8455
Email: peter.simmons@friedfrank.com

July 19, 2024

**By ECF and Email**

Hon. Andrew L. Carter
United States District Court
 for the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    ***Statistica Capital Ltd. v. Signature Bank***, **No. 1:23-cv-00993-ALC**
          **-- Letter motion for withdrawal of counsel**

Dear Judge Carter:

This law firm represents defendant Eric Howell in the above action.  Pursuant to Local Civil Rule 1.4, we write to request that the Court permit the withdrawal of Alexandra N. Getsos, presently an associate at Fried Frank, as counsel for Mr. Howell.

Ms. Getsos has accepted an offer of employment at another law firm, and is leaving Fried Frank effective today.  I and my colleague Harrison Polans will remain as counsel for Mr. Howell in this action.

As our client consents to the relief sought in this motion, we respectfully request that the Court waive the requirement for service upon Mr. Howell.

Respectfully submitted,

Peter L. Simmons

cc:    All counsel of record (by ECF and email)