UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL, <br><br> Defendants. | No. 1:23-CV-00993-ALC |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Statistica Capital Ltd. and Statistica Ltd. (together, "Plaintiffs"), and Defendants Federal Deposit Insurance Corporation as Receiver for Signature Bank, Joseph DePaolo, Scott A. Shay, Stephen Wyremski, and Eric Howell (together, "Defendants"), by their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own costs and attorney fees.

Plaintiffs further stipulate and agree that they have not sold, assigned, or transferred, and will not sell, assign, or transfer, any claims or causes of action Plaintiffs have asserted, or may assert, against Defendants relating to the above-captioned action, or any interest in such claims or causes of action. Nothing in this Stipulation is intended to affect Plaintiffs' claims submitted in the bankruptcy proceedings captioned *In re FTX Trading Ltd.*, *et. al.*, No. 22-11068-JTD (Bankr. D. Del.).

Dated: July 24, 2024

| | |
|---|---|
| **FITZGERALD MONROE FLYNN PC** | **REED SMITH LLP** |
| /s/ *Jack Fitzgerald* | /s/ *Justin Kontul* |
| Jack Fitzgerald | Justin J. Kontul (*pro hac vice*) |
| jfitzgerald@fmfpc.com | Alex G. Mahfood (*pro hac vice*) |
| 2341 Jefferson Street, Suite 200 | Reed Smith Centre |
| San Diego, CA 92110 | 225 Fifth Avenue |
| Phone: (619) 215-1741 | Pittsburgh, PA 15222 |
| | Tel: (412) 288-3131 |
| **BLOOD HURST & O'REARDON, LLP** | Fax: (412) 288-3063 |
| | jkontul@reedsmith.com |
| Timothy G. Blood (*pro hac vice*) | amahfood@reedsmith.com |
| tblood@bholaw.com | |
| 501 West Broadway, Suite 1490 | ***Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank*** |
| San Diego, CA 92101 | |
| Phone: (619) 338-1100 | |
| ***Counsel for Plaintiffs*** | |
| **CROWELL & MORING LLP** | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** |
| /s/ *Anand Sithian* | |
| Daniel L. Zelenko | /s/       *Peter Simmons* |
| Anand Sithian | Peter L. Simmons |
| Mara R. Lieber | Harrison D. Polans |
| Two Manhattan West | One New York Plaza |
| 375 Ninth Avenue | New York, NY 10004 |
| New York, NY 10001 | Telephone: 212-859-8455 |
| Telephone: 212-223-4000 | peter.simmons@friedfrank.com |
| dzelenko@crowell.com | harrison.polans@friedfrank.com |
| asithian@crowell.com | |
| mlieber@crowell.com | ***Counsel for Defendant Eric Howell*** |
| ***Counsel for Defendant Stephen Wyremski*** | |

| COVINGTON & BURLING LLP | DECHERT LLP |
|---|---|
| /s/ *Jonathan Sperling* | /s/ *Michael S. Dolusio* |
| Jonathan M. Sperling | Michael S. Dolusio (*pro hac vice*) |
| Alan M. Vinegrad | Stuart T. Steinberg (*pro hac vice*) |
| Giovanni Scarcella | Bina M. Peltz |
| 620 Eighth Avenue | Cira Centre |
| New York, NY 10018 | 2929 Arch Street |
| Telephone: 212-841-1000 | Philadelphia, PA 19104 |
| jsperling@cov.com | Telephone: 215-655-2241 |
| avinegrad@cov.com | michael.dolusio@dechert.com |
| gscarcella@cov.com | steinberg@dechert.com |
|  | bina.peltz@dechert.com |
| ***Counsel for Defendant Scott Shay*** | ***Counsel for Defendant Joseph DePaolo*** |

3