

**Anand Sithian**
ASithian@crowell.com
(212) 895-4270 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

July 24, 2024

By ECF & E-MAIL (ALCarterNYSDChambers@nysd.uscourts.gov)

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Statistica Capital Ltd., et al. v. Signature Bank, et al.*, No. 1:23-cv-00993-ALC

Dear Judge Carter:

    We represent defendant Stephen Wyremski in the above-captioned matter, and write on behalf of all parties to provide a brief status update, pursuant to our letter dated April 18, 2024, ECF No. 80, and the Court's order dated April 26, 2024, ECF No. 82. Plaintiffs filed today a stipulation of voluntary dismissal with prejudice signed by all parties. ECF No. 85. We remain available to discuss at Your Honor's convenience.

    Respectfully submitted,

    CROWELL & MORING LLP

    */s/ Anand Sithian*
    Daniel L. Zelenko
    Anand Sithian
    Mara R. Lieber
    Two Manhattan West
    375 Ninth Avenue
    New York, NY 10001
    Telephone: 212-223-4000
    asithian@crowell.com

    *Counsel for Defendant Stephen Wyremski*

Cc:   All counsel of record (via ECF and email)