UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATISTICA CAPITAL LTD. and STATISTICA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL, <br><br> Defendants. | No. 1:23-CV-00993-ALC |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Statistica Capital Ltd. and Statistica Ltd. (together, "Plaintiffs"), and Defendants Federal Deposit Insurance Corporation as Receiver for Signature Bank, Joseph DePaolo, Scott A. Shay, Stephen Wyremski, and Eric Howell (together, "Defendants"), by their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own costs and attorney fees.

Plaintiffs further stipulate and agree that they have not sold, assigned, or transferred, and will not sell, assign, or transfer, any claims or causes of action Plaintiffs have asserted, or may assert, against Defendants relating to the above-captioned action, or any interest in such claims or causes of action. Nothing in this Stipulation is intended to affect Plaintiffs' claims submitted in the bankruptcy proceedings captioned *In re FTX Trading Ltd., et. al.*, No. 22-11068-JTD (Bankr. D. Del.).

Dated:  July 24, 2024

**FITZGERALD MONROE FLYNN PC**

_Jack Fitzgerald_

Jack Fitzgerald
jfitzgerald@fmfpc.com
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

**BLOOD HURST & O'REARDON, LLP**

Timothy G. Blood (*pro hac vice*)
tblood@bholaw.com
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100

*Counsel for Plaintiffs*


**CROWELL & MORING LLP**

_Daniel Zelenko_ – with permission

Daniel L. Zelenko
Anand Sithian
Mara R. Lieber
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: 212-223-4000
dzelenko@crowell.com
asithian@crowell.com
mlieber@crowell.com

*Counsel for Defendant Stephen Wyremski*


**REED SMITH LLP**

_Justin Kontul_ – with permission

Justin J. Kontul (*pro hac vice*)
Alex G. Mahfood (*pro hac vice*)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3131
Fax: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank*


**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

_Peter Simmons_ – with permission

Peter L. Simmons
Harrison D. Polans
One New York Plaza
New York, NY 10004
Telephone: 212-859-8455
peter.simmons@friedfrank.com
harrison.polans@friedfrank.com

*Counsel for Defendant Eric Howell*

2

**COVINGTON & BURLING LLP**

*Jonathan Sperling* /☉ - With permission

Jonathan M. Sperling
Alan M. Vinegrad
Giovanni Scarcella
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
jsperling@cov.com
avinegrad@cov.com
gscarcella@cov.com

*Counsel for Defendant Scott Shay*

**DECHERT LLP**

*Michael Dolusio* /☉ - With permission

Michael S. Dolusio (*pro hac vice*)
Stuart T. Steinberg (*pro hac vice*)
Bina M. Peltz
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215-655-2241
michael.dolusio@dechert.com
steinberg@dechert.com
bina.peltz@dechert.com

*Counsel for Defendant Joseph DePaolo*

3