Case 1:23-cv-00993-ALC   Document 89   Filed 08/01/24   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/1/2024

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATISTICA CAPITAL LTD. and STATISTICA LTD.,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for SIGNATURE BANK, JOSEPH DEPAOLO, SCOTT A. SHAY, STEPHEN WYREMSKI, and ERIC HOWELL,

    Defendants.

No. 1:23-CV-00993-ALC

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Statistica Capital Ltd. and Statistica Ltd. (together, "Plaintiffs"), and Defendants Federal Deposit Insurance Corporation as Receiver for Signature Bank, Joseph DePaolo, Scott A. Shay, Stephen Wyremski, and Eric Howell (together, "Defendants"), by their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own costs and attorney fees.

Plaintiffs further stipulate and agree that they have not sold, assigned, or transferred, and will not sell, assign, or transfer, any claims or causes of action Plaintiffs have asserted, or may assert, against Defendants relating to the above-captioned action, or any interest in such claims or causes of action. Nothing in this Stipulation is intended to affect Plaintiffs' claims submitted in the bankruptcy proceedings captioned *In re FTX Trading Ltd., et. al.*, No. 22-11068-JTD (Bankr. D. Del.).

Dated: July 24, 2024

| | |
|---|---|
| **FITZGERALD MONROE FLYNN PC**<br><br>*/s/ Jack Fitzgerald*<br>Jack Fitzgerald<br>jfitzgerald@fmfpc.com<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Phone: (619) 215-1741<br><br>**BLOOD HURST & O'REARDON, LLP**<br><br>Timothy G. Blood (*pro hac vice*)<br>tblood@bholaw.com<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br><br>*Counsel for Plaintiffs* | **REED SMITH LLP**<br><br>*/s/ Justin Kontul /s/ – with permission*<br>Justin J. Kontul (*pro hac vice*)<br>Alex G. Mahfood (*pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288-3131<br>Fax: (412) 288-3063<br>jkontul@reedsmith.com<br>amahfood@reedsmith.com<br><br>*Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Signature Bank* |
| **CROWELL & MORING LLP**<br><br>*/s/ Daniel Zelenko /s/ – with permission*<br>Daniel L. Zelenko<br>Anand Sithian<br>Mara R. Lieber<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212-223-4000<br>dzelenko@crowell.com<br>asithian@crowell.com<br>mlieber@crowell.com<br><br>*Counsel for Defendant Stephen Wyremski* | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br><br>*/s/ Peter Simmons /s/ – with permission*<br>Peter L. Simmons<br>Harrison D. Polans<br>One New York Plaza<br>New York, NY 10004<br>Telephone: 212-859-8455<br>peter.simmons@friedfrank.com<br>harrison.polans@friedfrank.com<br><br>*Counsel for Defendant Eric Howell* |

2

| | |
|---|---|
| **COVINGTON & BURLING LLP** | **DECHERT LLP** |
| */s/ Jonathan Sperling* – with permission | */s/ Michael Dolusio* – with permission |
| Jonathan M. Sperling | Michael S. Dolusio (*pro hac vice*) |
| Alan M. Vinegrad | Stuart T. Steinberg (*pro hac vice*) |
| Giovanni Scarcella | Bina M. Peltz |
| 620 Eighth Avenue | Cira Centre |
| New York, NY 10018 | 2929 Arch Street |
| Telephone: 212-841-1000 | Philadelphia, PA 19104 |
| jsperling@cov.com | Telephone: 215-655-2241 |
| avinegrad@cov.com | michael.dolusio@dechert.com |
| gscarcella@cov.com | steinberg@dechert.com |
| | bina.peltz@dechert.com |
| **Counsel for Defendant Scott Shay** | **Counsel for Defendant Joseph DePaolo** |

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2024